# * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__ DISTRICT OF __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

DOCKET NO.  6:03-CV-0864 (LEK/DRH)

**WILLIAM FIFIELD,**

        **Plaintiff,**

v.

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant,**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in the above entitled action, the Report-Recommendation of the Honorable David R. Homer, United States Magistrate Judge for the Northern District of New York, dated August 17, 2005, is APPROVED and ADOPTED it its ENTIRETY; and it is further ORDERED that the action is DISMISSED in its ENTIRETY in favor of the Defendant (the decision of the Commissioner is affirmed) and against the Plaintiff; In accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U.S. District Judge for the Northern District of New York, dated September 20, 2005.

DATE: __September 20, 2005__

***LAWRENCE K. BAERMAN***
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the
Honorable Lawrence E. Kahn**